BENJAMIN B. WAGNER
United States Attorney
ANA MARIA MARTEL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone:  (916) 554-2826
Facsimile:   (916) 554-2900

Attorneys for United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>     v.<br><br>LOURDES GIOVANNINI,<br><br>             Defendant and Judgment Debtor.<br><br>FIRST MERCANTILE,<br><br>             Garnishee. | Misc. No. 2:10MC00049-FCD-GGH |

**AMENDED ORDER TO PAY PROCEEDS FROM GARNISHED ACCOUNTS
TO THE UNITED STATES**

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Garnishee, First Mercantile:

1.     Shall pay the United States of America  the sum of Seven Thousand Five Hundred Sixty Nine Dollars and Five Cents ($7,569.05), or the balance in the judgment Debtor's account as of May 25, 2010, plus or minus any increase or decrease incurred as a result of market gains or losses, belonging to Lourdes Giovannini .

2.     Payment, at the Garnishee's discretion, may be made from  the account  identified in Garnishee's answer filed in the above-captioned matter.

3.     Payment shall be made in United States' currency, cashier's check or certified funds.

4. If by cashier's check or certified funds, the instrument must be made payable to the *Clerk of the United States District Court* and the notation "on behalf of LOURDES GIOVANNINI, Criminal Case No. 2:08-CR-00573-001 FCD" shall be placed on the face of the check, instrument or transmittal document.

5. In lieu of said notation, the Garnishee may provide a copy of this order to the Clerk of Court along with said payment.

6. Payment shall be sent or delivered to:

> United States District Court
> 501 I Street, Suite 4-200
> Sacramento, CA 95814

**SO ORDERED**.

DATED: July 9, 2010

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

giovannini.ord